IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SHELTON LEE, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:13-CV-0140-RWS |
| BILLY BROWN, | : |
| Respondent. | : |

### ORDER

This case is before the Court for consideration of the Report and Recommendation [12] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this habeas corpus action is hereby **DISMISSED**.

**SO ORDERED**, this   12th   day of September, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE