**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

SHELTON LEE,                          :
                                      :
            Petitioner,               :
                                      :
      v.                              :      CIVIL ACTION NO.
                                      :      2:13-CV-0140-RWS
BILLY BROWN,                          :
                                      :
            Respondent.               :

## ORDER

This case is before the Court for consideration of the Report and

Recommendation [12] of Magistrate Judge J. Clay Fuller.  After reviewing the

Report and Recommendation, it is received with approval and adopted as the

Opinion and Order of this Court.  Accordingly, this habeas corpus action is

hereby **DISMISSED**.

      **SO ORDERED**, this   12th   day of September, 2013.


      _____
      RICHARD W. STORY
      UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)